Heard in this court at the February term, 1935. ▮Opinion filed June 8, 1935. Rehearing denied September 5, 1935.

W. E. Knowles, for appellant. Farmer, Klingel & Baltz, for appellee Louis J. Hertel.

Mr. Justice Murphy delivered the opinion of the court.

**St. Clair Loan Company, Inc., appellant, v. Elbert Pritchett, appellee.**

▮Heard in this court at the February term, 1935. ▮ Opinion filed June 8, 1935.

Warder & Zimmerman, for appellant. D. L. Duty, for appellee.

Mr. Justice Murphy delivered the opinion of the court.

**Albert Jones, appellee, v. Stoneware Pipe Company, appellant.**

▮Heard in this court at the February term, 1935. ▮ Opinion filed June 8, 1935.

Green & Verlie, for appellant; Karl King Hoagland and John F. Schlafly, Jr., of counsel. Wm. P. Boynton, for appellee.

Mr. Justice Murphy delivered the opinion of the court.

**Mary Grindrod, appellee, v. William W. Knowles, appellant.**
**Cora R. Knowles et al., appellees, v. William E. Knowles, appellant, and Cora R. Knowles and John Heilig, appellees.**

▮Heard in this court at the February term, 1935. ▮ Opinion filed June 8, 1935.

W. J. MacDonald, for appellant. No appearance for appellees.

Mr. Justice Stone delivered the opinion of the court.

**Norman MacLeod, appellee, v. L. W. Harris, appellant.**

▮Heard in this court at the February term, 1935. ▮ Opinion filed June 8, 1935.

Manuel M. Wiseman, for appellant. Wm. P. Boynton, for appellee.

Mr. Justice Stone delivered the opinion of the court.

**Alyne Allen, appellee, v. Raymond F. Moore, appellant.**

Heard in this court at the February term, 1935. ▮ Opinion filed June 8, 1935. Rehearing denied September 5, 1935.

R. W. Ropiequet and Henry G. Miller, for appellant. Beasley & Zulley, for appellee.

Mr. Justice Stone delivered the opinion of the court.